IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-mj-07004

UNITED STATES OF AMERICA,  08-cr-00451-WYD

Plaintiff-Appellee,

vs.

Patrick J. Peterson

Defendant-Appellant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that _Patrick J. Peterson_, defendant, above-named, hereby appeals the judgment of the Magistrate Judge entered on the _15th_ day of _October_, 2008.

_Patrick Peterson_
Name

_PO Box 473_
Address

_Erie CO 80516_

_720 560-1960_
Telephone

FILED U.S. DISTRICT COURT DISTRICT OF COLORADO 2008 OCT 22 AM 10: 51 GREGORY C. LANGHAM CLERK ____ DEP. CLK BY ____